PROB 35
(Rev. pawp 6/03)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

**Western District Of Pennsylvania**

UNITED STATES OF AMERICA

v.

Linda Lee Chandler

Criminal No. 0315 2:00CR00169-003

On July 7, 2004, the above named began supervised release for a period of 60 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
John P. Kuklar
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 20 _____.

_____
Donetta W. Ambrose
Chief United States District Judge